Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone: (503) 227-4600
FAX: (503) 248-6800
e-mail: maynards@bennetthartman.com
   Attorney for Plaintiff

FILED 11 OCT '11 15:17 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

**DIANNA L. BECKETT**,

   Plaintiff,

   v.

**MICHAEL ASTRUE**,
Commissioner, Social Security
Administration,

   Defendant.

Civil No. 09-CV-1052-JO

**ORDER**

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,360.79, pursuant to 28 U.S.C §2412, costs in the amount of $12.75, and expenses in the amount of $125.46, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $7,499.00. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _____Oct 11_____ day of _____, 2011

                                                  _[signature]_
                                             UNITED STATES DISTRICT JUDGE

Submitted by:
/s/_____
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – BECKETT